UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON RUBIN, Individually, and on behalf of all other similarly situated consumers,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>CONVERGENT HEALTHCARE RECOVERIES, INC.<br><br>　　　　　Defendants. | Case No.: 3:18-cv-01127-MAS-LGH<br><br>NOTICE OF DISMISSAL |

RECEIVED
MAY 3 1 2018
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

　　PLEASE TAKE NOTICE that the above matter herein is settled between Plaintiff, AARON RUBIN, and Defendant, CONVERGENT HEALTHCARE RECOVERIES, INC., and Plaintiff, AARON RUBIN, requests that the Court dismiss this action pursuant to Fed. R. Civ. P. 41(a).

Dated this 31st day of May, 2018.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Daniel Zemel*
　　　　　　　　　　　　　　　　　　　Daniel Zemel, Esq.
　　　　　　　　　　　　　　　　　　　**Zemel Law LLC**
　　　　　　　　　　　　　　　　　　　1373 Broad Street, Suite 203-C
　　　　　　　　　　　　　　　　　　　Clifton, New Jersey 07013
　　　　　　　　　　　　　　　　　　　T: (862) 227-3106
　　　　　　　　　　　　　　　　　　　dz@zemellawllc.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　So Ordered this 31st day
　　　　　　　　　　　　　　　　　　　of ___May___, 2018
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon.